UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANICE GOLDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TAPESTRY, INC. and KATE SPADE, LLC,<br><br>　　　　Defendants. | Case No. 4:20 CV 748 RWS |

### ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that Tapestry, Inc. and Kate Spade, LLC's Motion to Dismiss, ECF No. [10], is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　　　　／s／ Rodney W. Sippel
　　　　　　　　　　　　　　　　　　　　　　RODNEY W. SIPPEL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2020.